IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA MEIGS, an individual and as trustee of the John E. Meigs Recovable Trust and The Linda S. Meigs Recovable Trust;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, an Ohio company;<br><br>Defendant. | 8:24CV183<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

    The Court grants Plaintiff's Unopposed Motion to Extend Deposition and Motion Deadlines. Filing No. 51.

    IT IS ORDERED that the final progression order is as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for August 5, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **September 16, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 12, 2025.

3)    The deadline for filing motions to dismiss and motions for summary judgment is October 10, 2025.

4)    The deadline for filing motions to exclude testimony on *Daubert* and related

1

2

grounds is October 10, 2025.

5) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 23rd day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge